1  MARK D. LONERGAN (State Bar No. 143622)
   REBECCA S. SAELAO (State Bar No. 222731)
2  LASZLO LADI (State Bar No. 265564)
   ll@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO & COMPANY

8  TODD M. FRIEDMAN (State Bar No. 216752)
   ADRIAN R. BACON (State Bar No. 280332)
9  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   324 S. Beverly Drive, Suite 725
10 Beverly Hills, California 90211
   Phone: (877) 206-4741
11 Facsimile: (866) 633-0228

12 Attorneys for Plaintiff
   PRITI SINGH
13

14                 UNITED STATES DISTRICT COURT

15      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

16

17 PRITI SINGH,                          Case No. 3:15-cv-05000-MEJ

18          Plaintiff,                   **STIPULATED REQUEST FOR
                                         DISMISSAL OF DEFENDANT WELLS
19      vs.                              FARGO; [PROPOSED] ORDER**

20 WELLS FARGO & COMPANY,

21          Defendant.

22

23      TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

24      IT IS HEREBY STIPULATED by and between plaintiff Priti Singh ("Plaintiff") and

25 defendant Wells Fargo & Company ("Wells Fargo") that Wells Fargo be dismissed from this

26 action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and that each party

27 shall bear its own attorneys' fees and costs.

28

07685.1552/6576557.1                    1                    3:15-cv-05000-MEJ

DATED:  February 9, 2016          LAW OFFICES OF TODD M. FRIEDMAN, P.C.


                                  By:  _____/s/ Adrian R. Bacon_____
                                              Adrian R. Bacon

                                  Attorneys for Plaintiff PRITI SINGH

DATED:  February 9, 2016          SEVERSON & WERSON
                                  A Professional Corporation


                                  By:  _____/s/ Laszlo Ladi_____
                                              Laszlo Ladi

                                  Attorneys for Defendant WELLS FARGO &
                                  COMPANY

I, Laszlo Ladi, am the ECF user whose identification and password are being used to file this

Stipulation. I hereby attest that Adrian R. Bacon has concurred in this filing.

                                */s/ Laszlo Ladi*

                            ~~[PROPOSED]~~ **ORDER**

       Pursuant to the stipulation of the parties, defendant Wells Fargo & Company ("Wells

Fargo") is hereby dismissed with prejudice, and each party shall bear its own costs and fees.

       IT IS SO ORDERED.

DATED: ___February 9, 2016_____


                                  _____
                                  Hon. Maria-Elena James
                                  UNITED STATES DISTRICT JUDGE